```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

GLYNIS BETHEL,                  :

    Petitioner,                 :

v.                              :
                                      CIVIL ACTION 06-0706-KD-M

RUSSELL WATSON, et al.,         :

    Respondent.                 :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this action be **DISMISSED, WITHOUT PREJUDICE**, so that Petitioner may pursue unexhausted State remedies.

**DONE** this 17th day of April, 2007.

                                         s/ Kristi K. DuBose
                                        **KRISTI K. DuBOSE**
                                        **UNITED STATES DISTRICT JUDGE**